Court of Criminal Appeals
201 W. 14th St Rm 106
Austin, Tx 78701

March 22, 2015

Archie Lee Smith
#1483862
Estelle Unit
264. Fm. 3478
Huntsville, Tx 77320-3322

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

RE: Court of Appeals Number: 05-08-00154-CR.
   Smith, Archie Lee
      v.
The State of Texas

          I have come to Write to the
Clerk of the Court of Criminal Appeals requesting
Appointment of Counsel in the above Cause No
to Assit me in the filing an out-of-time
petition for discretionary review. My Last Attorney
John Tatum has Not been in touch with me since
2009. Compensation of Counsel is Provided As
Required under Chapter 26 code of Criminal Procedure,
For the Representation in A Haebea Corpus Hearing
of An indigent defendant Convicted of A Felony other
than Capital Felony. I need a New Attorney
to file this on my behalf. There has been

## II

Alot of errors during My Trial and had it been for the fact that My ex-wife's Criminal History and Police reports on the Violence that she has done towards Me been brought up in Trial I Would Not have been given 40 years and Would Most likely be a "Heat of Passion" [Manslaughter] I have evidence to support this. Please Appoint Me Counsel regarding this Matter.

Thank you for finding the time to read this letter regarding My case. your time is greatly appreciated.

Respectfully Submitted,

Archie Lee Smith
Archie Lee Smith
#1483862
Estelle Unit
264. Fm. 3478
Huntsville, T.x
77320 - 3322